**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THOMAS KENNEY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 20-2995 |
| | : | |
| **WATTS REGULATOR CO.** | : | |

# ORDER

**AND NOW,** this 11th day of January 2021, upon considering Defendant's Motion to exclude testimony of Plaintiff's expert witnesses (ECF Doc. No. 33), Plaintiff's Opposition (ECF Doc. No. 37), Defendant's omnibus Reply (ECF Doc. No. 40), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion to exclude (ECF Doc. No. 33) is **GRANTED in part** as we preclude the expert witnesses from presenting testimony concerning the sufficiency of a warning as such testimony does not fit the remaining claims in this case following summary judgment but otherwise deny the Motion subject to vigorous cross-examination of expert opinions at trial.

_____
**KEARNEY, J.**